IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC FRITZ,<br><br>                Plaintiff,<br><br>   v.<br><br>MSK MANAGEMENT LLC d/b/a<br>DOMINO'S PIZZA,<br><br>                Defendant. | CIVIL ACTION<br>NO. 25-1079 |

**ORDER**

**AND NOW**, this 26th day of June 2005, upon consideration of Plaintiff's Motion to Strike the Third and Fourth Affirmative Defenses in Defendant's Answer to Plaintiff's Complaint (Doc. No. 6), Defendant's Response in Opposition (Doc. No. 7), Plaintiff's Reply (Doc. No. 9), and in accordance with the Opinion of the Court issued today, it is **ORDERED** that Plaintiff's Motion to Strike the Third and Fourth Affirmative Defenses in Defendant's Answer to Plaintiff's Complaint (Doc. No. 6) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.

1